01

02

03

04

05

06                      UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08 UNITED STATES OF AMERICA,      )
                                  )   CASE NO. MJ 16-154
09        Plaintiff,               )
                                  )
10      v.                       )
                                  )   DETENTION ORDER
11 CHRISTOPHER CHATMAN,         )
                                  )
12        Defendant.           )
   _____ )

13

14 Offense charged:      Felon in Possession of a Firearm

15 Date of Detention Hearing:    August 26, 2016.

16       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      1.      Defendant is charged by Complaint with the above-listed offense.   Defendant's

DETENTION ORDER
PAGE -1

01 lengthy criminal record includes numerous charges of domestic violence assault, as well as

02 felonious assault, aggravated robbery, kidnapping, harassment, identity theft and possession of

03 stolen property.   There are active bench warrants, as well as other bench warrant activity on

04 numerous occasions in his past criminal record. His record shows lack of compliance with

05 supervision.

06     2.     Defendant was not interviewed, so much of his background information is not

07 known or is unverified.   He does not contest entry of an order of detention.

08     3.     Defendant poses a risk of nonappearance based on a history of failure to appear,

09 noncompliance while on supervision, active bench warrants, and lack of verified background

10 information.   Defendant poses a risk of danger due to criminal history and the instant offense.

11     4.     There does not appear to be any condition or combination of conditions that will

12 reasonably assure the defendant's appearance at future Court hearings while addressing the

13 danger to other persons or the community.

14 It is therefore ORDERED:

15     1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

16         General for confinement in a correction facility separate, to the extent practicable, from

17         persons awaiting or serving sentences or being held in custody pending appeal;

18     2.  Defendant shall be afforded reasonable opportunity for private consultation with

19         counsel;

20     3.  On order of the United States or on request of an attorney for the Government, the

21         person in charge of the corrections facility in which defendant is confined shall deliver

22         the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

01  with a court proceeding; and

02  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03  for the defendant, to the United States Marshal, and to the United State Pretrial Services

04  Officer.

05  DATED this 26th day of August, 2016.

06

07  Mary Alice Theiler

08  United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3