THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-247-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND TRIAL DATE |
| CHRISTOPHER MICHAEL CHATMAN, | |
| Defendant. | |

THE COURT has considered the defendant's unopposed motion for a continuance of the trial date and the pretrial motions due date. The Court incorporates by reference the facts set forth in the unopposed motion and makes the following findings of fact and conclusions of law:

1. Defendant Chatman was indicted on September 14, 2016 and pled not guilty at the September 22, 2016 arraignment. Trial was initially set for November 21, 2016, with pretrial motions due on October 13, 2016.

2. The defense investigation is ongoing, and defense counsel believes it necessary to make further efforts to locate one witness before deciding on a course of action. Counsel also needs additional time to complete research into the applicability of Johnson v. United States, 135 S. Ct. 2552 (2015), to defendant's case.

1        3.      Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

4.      Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

5.      The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6.      Defendant Chatman has signed a waiver indicating that he has been advised of his individual right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right in order to permit trial to start on January 9, 2017. See Dkt. # 24.

NOW, THEREFORE,

IT IS ORDERED that the trial date is continued from November 21, 2016, to January 9, 2017.

IT IS FURTHER ORDERED that the resulting period of delay from November 21, 2016, to January 9, 2017, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B).

FURTHERMORE, IT IS ORDERED that pretrial motions are due no later than December 2, 2016.

DONE this 25th day of October, 2016.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL MOTIONS
DEADLINE AND TRIAL DATE
(*Christopher Chatman*; CR 16-247-RSL)   - 2