Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-247-RSL |
| Plaintiff, | [PROPOSED] |
| v. | **ORDER GRANTING GOVERNMENT'S MOTION TO CONDUCT DISCOVERY AND FOR ANCILLARY HEARING** |
| CHRISTOPHER MICHAEL CHATMAN, | |
| Defendant, | |
| and | |
| MICHAEL K. HARRIS, | |
| Third-Party Petitioner. | |

THIS MATTER having come before the Court on the United States' motion requesting authorization to conduct discovery and for an ancillary hearing on Third-Party Petitioner Michael K. Harris' claim of ownership to the firearm listed below, and having reviewed the files and records herein, it is hereby

ORDERED that, pursuant to 21 U.S.C. § 853(m) and Federal Rule of Criminal Procedure 32.2(c)(1)(B), the United States and the Petitioner may conduct discovery

Order for Discovery and Ancillary Hearing – CR16-247-RSL  - 1

1   pursuant to the Federal Rules of Civil Procedure regarding the Petitioner's claim to the

2   following firearm:

3   • One Beretta PX4 Storm, .40 caliber handgun, bearing Serial Number PY112928.

4   All discovery will be completed on or before ___Aug. 29, 2017___.

5   IT IS FURTHER ORDERED that an ancillary hearing to litigate, as necessary, the

6   Petitioner's claim is set for ___Oct. 19, 2017___ at __10 a.m.__.

7

8   DATED this __13__ day of ___June___, 2017.

9

10

11   ___M.S.Lasnik___

12   ROBERT S. LASNIK
     UNITED STATES DISTRICT COURT JUDGE

13

14

15   Presented by:

16   /s/ Matthew H. Thomas

17   MATTHEW H. THOMAS

18   Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

Order for Discovery and Ancillary Hearing – CR16-247-RSL - 2