| | |
|---|---|
| | Judge Lasnik |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>CHRISTOPHER MICHAEL CHATMAN,<br><br>               Defendant. | CASE NO. CR16-247-RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One Mossberg twelve-gauge shotgun, bearing serial number K420018, with ammunition;

2. One Detonics, .45 caliber handgun, bearing serial number CR14497, with ammunition and magazines; and

3. The additional rounds of ammunition seized from the Defendant's vehicle on or about November 15, 2013.

The Court, based on the record, FINDS:

In the Plea Agreement dated November 30, 2016, Defendant Christopher Michael Chatman ("the Defendant") forfeited his interest in any firearms or ammunition involved in

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | the commission of *Felon in Possession of a Firearm*, in violation of 18 U.S.C. § 922(g)(1), |
| 2 | to which he pleaded guilty. Dkt. 29, ¶ 6; |
| 3 | On March 3, 2017, the Court entered a Preliminary Order of Forfeiture finding the |
| 4 | above-listed property forfeitable pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), |
| 5 | and forfeiting the Defendant's right, title, and interest in it. Dkt. 39; |
| 6 | The United States published notice of the forfeiture as required by law. Dkt. 43; and, |
| 7 | The time for filing third-party petitions has expired, and none were filed for the |
| 8 | above-identified property. |
| 9 | THEREFORE, THE COURT ORDERS: |
| 10 | 1. No right, title, or interest in the above-listed property exists in any party other |
| 11 | than the United States; |
| 12 | 2. The above-listed property is fully and finally condemned and forfeited, in its |
| 13 | entirety, to the United States; and, |
| 14 | 3. The United States Department of Justice, and/or its representatives, is |
| 15 | authorized to dispose of the above-listed property as permitted by governing law. |
| 17 | IT IS SO ORDERED. |
| 19 | DATED this 5th day of January, 2018. |

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Final Order of Forfeiture – CR16-247-RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-Mail: Matthew.H.Thomas@usdoj.gov