UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO.  CR16-247RSL |
| vs. | |
| CHRISTOPHER MICHAEL CHATMAN, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S.  LASNIK, UNITED STATES DISTRICT JUDGE:

A disposition hearing re: revocation of supervised release has been scheduled for **Friday, December 2, 2022 at 11:00 a.m.**, in Room 15106 before the Honorable Robert S. Lasnik.

DATED this 21st day of November, 2022.

_s/Laura Hobbs_____
by Laura Hobbs,
Deputy Clerk

MINUTE ORDER